UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00246
    LIN JACKSON

                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-1053

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 01/07/2008 and was not confirmed.

The case was dismissed without confirmation 04/02/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | UNSECURED | 806.04 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 221.44 | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ARIZONA MAIL ORDER | UNSECURED | NOT FILED | .00 | .00 |
| BLAIR CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATL BAN | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/JCP | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/WALMART | UNSECURED | NOT FILED | .00 | .00 |
| HSBS BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC RETAIL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| WFFNB/LB | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| HOUSEHOLD AUTO FINANCE | SECURED NOT I | .00 | .00 | .00 |
| HOUSEHOLD AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| PHILIP A IGOE | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | 1,400.00 |

Summary of Receipts and Disbursements:

---

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,400.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |

```
DEBTOR REFUND                                              1,400.00
                              ---------------    ---------------
TOTALS                            1,400.00           1,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 07/22/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE